Jacob D. PEYTON, Plaintiff–Appellant,

v.

J. CARICO, Sergeant; R. Robinson,
Defendants–Appellees,

and

Bryan Watson; Harvey; c/o Roberts;
Scarberry, Defendants.

No. 11–6720.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2011.

Decided: Nov. 29, 2011.

Jacob D. Peyton, Appellant Pro Se.
John Michael Parsons, Assistant Attorney
General, Richmond, Virginia, for Appellees.

Before KING, AGEE, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jacob D. Peyton appeals the district
court's order accepting the recommendation of the magistrate judge and denying
relief on Peyton's excessive force claim in
his 42 U.S.C. § 1983 (2006) action. We
have reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*Peyton v. Carico,* No. 7:09–cv–00492–JPJ–
PMS, 2011 WL 1979041 (W.D.Va. May 20,
2011). We further deny Peyton's motion
for injunctive relief. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*